RECEIVED
JUN 3 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SABER KHEIRALLA | CIVIL ACTION NO. 05-1187 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **REFERRED TO:** **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision that Plaintiff was overpaid benefits and was not without fault in receiving and accepting the overpayments is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 30th day of June, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE